Finis Parker, Plaintiff-Appellee, v. Illinois Terminal Railroad Company, Defendant-Appellant.

Term No. 51–O–21.

Fred P. Schuman, for appellant; Harold G.

Talley, of counsel; Morris B. Chapman, and George J. Moran, for appellee. Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed February 5, 1952; released for publication March 12, 1952.